BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant HOWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00322-JF |
| ) Plaintiff, ) | [PROPOSED] ORDER CONTINUING SENTENCING DATE TO NOVEMBER 5, 2008 |
| vs. ) ) | |
| JOSEPH MOORE AND HOWARD HOWELL, ) ) | |
| ) Defendant**S**. ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from October 1, 2008, to November 5, 2008 at 9:00 a.m.

Dated: September __30__, 2008

_____
JEREMY FOGEL
United States District Judge

Order Continuing Sentencing Hearing
No. CR 08-00322-JF                                      1