```
ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX
```

Attorneys for Defendant
JOSEPH ANTHONY MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH ANTHONY MOORE<br><br>　　　　　　Defendants. | CASE NO. CR 08-00322 JF<br><br>STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [proposed] ORDER THEREON |

　　　ITS IS HEREBY STIPULATED, by and between JEFFREY B. SCHENK, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JOSEPH ANTHONY MOORE, that the date set for judgment and sentence which is currently set for November 5, 2008, be continued to December 10, 2009, at 9:00 am.

　　　Defendant MOORE's co-defendant, Mr. HOWELL, is being sentenced on December 10. In addition, the government and defense counsel are in further discussions regarding sentencing options for Mr. MOORE.

///
///
///
///

1
2        IT IS SO STIPULATED.
3
4
5  DATED: October 31, 2008              CAREY & CAREY
6
7                                       _____/S/_____
                                        ROBERT E. CAREY, JR. Attorneys for
8                                       Defendant JOSEPH ANTHONY MOORE
9
10 DATED:   __10/31__, 2008              UNITED STATES OF AMERICA
11
12                                       _____/s/_____
                                        JEFFREY B. SCHENK,
13                                      Assistant U.S. Attorney
14
15
16
17                                   ORDER
18      GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,
19 and decreed, that the judgment and sentencing of Mr. MOORE currently set for
20 November 5, 2008, be continued to December 10, 2008, at 9:00 am.
21
22
23
24
25 DATED:  __11/3__, 2008               _____
                                        HON. JEREMY FOGEL
26                                      U.S. DISTRICT COURT JUDGE
27
28