1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant HOWELL

6

                IN THE UNITED STATES DISTRICT COURT
7
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,          )       No. CR 08-00322-JF
10                                      )
                    Plaintiff,          )       -[PROPOSED] ORDER CONTINUING
11                                      )       DEFENDANT MOORE AND HOWELL'S
    vs.                                 )       SENTENCING HEARING DATE TO
12                                      )       FEBRUARY 25, 2009
    JOSEPH MOORE AND HOWARD             )
13  HOWELL,                             )
                                        )
14                  Defendants.         )
    _____

15

16  _____       **ORDER**

17      Good cause appearing and by stipulation of the parties, it is hereby ordered that the

18  sentencing hearing in the above-captioned matter shall be continued from January 21, 2009, to

19  February 25, 2009, at 9:00 a.m.

20
    Dated: January  20  , 2009
21                                          _____
                                            JEREMY FOGEL,
22                                          United States District Judge

23

24

25

26

    Order Continuing Sentencing Hearing
    No. CR 08-00322-JF                          1